```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
Clark's Botanicals, Inc.,                       :       Case No. 18-14109 (MEW)
                                                :
                Debtor.                         :
-------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
Glansaol Holdings Inc.,                         :       Case No. 18-14102 (MEW)
                                                :
                Debtor.                         :
-------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
Glansaol LLC,                                   :       Case No. 18-14103 (MEW)
                                                :
                Debtor.                         :
-------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
Glansaol Management LLC,                        :       Case No. 18-14104 (MEW)
                                                :
                Debtor.                         :
-------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
Julep Beauty, Inc.,                             :       Case No. 18-14105 (MEW)
                                                :
                Debtor.                         :
-------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
Laura Geller Beauty, LLC,                       :       Case No. 18-14106 (MEW)
                                                :
                Debtor.                         :
-------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
Laura Geller Brands, LLC,                       :       Case No. 18-14107 (MEW)
                                                :
                Debtor.                         :
-------------------------------------------------------x
```

18-14103-mew    Doc 5    Filed 12/20/18    Entered 12/20/18 10:10:46    Main Document
Pg 2 of 4

```
-------------------------------------------------------x
In re:                                                 :       Chapter 11
                                                       :
Laura Geller Holdings, LLC,                            :       Case No. 18-14108 (MEW)
                                                       :
                       Debtor.                         :
-------------------------------------------------------x
```

**ORDER DIRECTING JOINT**
**ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion (the "**Motion**")[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), authorizing the joint administration of the Debtors' chapter 11 cases; and upon consideration of the Motion and all of the pleadings related thereto, including the Declaration of Nancy Bernardini in Support of Chapter 11 Petitions and First Day Pleadings; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of these cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the hearing held on the Motion; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that:

1. The Motion is granted to the extent set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only

---

[1] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Motion.

and shall be administered jointly under Case No. 18-14102 (MEW) in accordance with

Bankruptcy Rule 1015(b).

       3.       The joint caption of the Debtors' cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Glansaol Holdings Inc., et al.,[1] | : | Case No. 18-14102 (MEW) |
| | : | |
|        Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: Clark's Botanicals, Inc. (0754); Glansaol Holdings Inc. (9485); Glansaol LLC (2012); Glansaol Management LLC (6879); Julep Beauty, Inc. (7984); Laura Geller Beauty, LLC (1706); Laura Geller Brands, LLC (7428); and Laura Geller Holdings, LLC (7388). The Debtors' executive headquarters are located at 575 Lexington Avenue, New York, NY 10022.

       4.       The caption of the jointly administered cases shall read as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Glansaol Holdings Inc., Case No. 18-14102 (MEW).

       5.       A docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Glansaol Holdings Inc. and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of Glansaol Holdings Inc., Case No. 18-14102 (MEW), should be consulted for all matters affecting this case."

       6.       The Debtors may file a single monthly operating report as required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the Executive Office of United States Trustees (rev. 11/27/13) for the jointly administered Debtors. However, the monthly operating report shall be filed on a consolidating (not consolidated) basis. The report shall contain on a consolidating basis the information

required for each debtor that tracks and breaks out all of the specific information, e.g. receipts, disbursements, profit and loss statements, balance sheets and other required information on a debtor-by-debtor basis.

      7.      This Court shall retain jurisdiction with respect to any and all matters arising from or relating to the implementation, interpretation and/or enforcement of this Order.

Dated: December 20, 2018
       New York, New York

/s/ Michael E. Wiles
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE